IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANDREW LABEAU and MARY LABEAU,   )      8:07CV142
husband and wife,                )
                                 )
            Plaintiffs,          )      ORDER
                                 )
     vs.                         )
                                 )
BOARD OF GOVERNORS OF THE        )
COLORADO STATE UNIVERSITY        )
SYSTEM and KATHERINE ROSE KERR,  )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 10).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, July 18, 2007 at 8:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 26th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court