IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANDREW LABEAU and MARY LABEAU,)
husband and wife,             )
                              )
          Plaintiffs,         )       8:07CV142
                              )
     v.                       )
                              )
COLORADO STATE BOARD OF       )       ORDER
AGRICULTURE, COLORADO STATE   )
UNIVERSITY and KATHERINE ROSE )
KERR,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the joint motion pursuant to stipulation to amend second amended final progression order (Filing No. 35). Pursuant thereto,

IT IS ORDERED:

1) The parties shall have until February 29, 2008, to complete depositions of non-fact witnesses.

2) The parties shall have until March 7, 2008, to file any Rule 104 motion which will require an evidentiary hearing pursuant to Fed.R.Evid. 104.

3) All other terms of the second amended final progression order remain in full force and effect.

DATED this 11th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court