IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW LABEAU and MARY LABEAU, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV142 |
| v. | ) ) | |
| COLORADO STATE BOARD OF AGRICULTURE, COLORADO STATE UNIVERSITY and KATHERINE ROSE KERR, | ) ) ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendants' motion for leave to amend answer to plaintiffs' amended complaint (Filing No. 47).  The Court having been advised plaintiffs have no objections,

IT IS ORDERED that said motion is granted; defendants shall have until February 8, 2008, to file their amended answer.

DATED this 4th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court