IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANDREW LABEAU and MARY LABEAU,)
husband and wife,            )
                             )
            Plaintiffs,      )      8:07CV142
                             )
        v.                   )
                             )
COLORADO STATE BOARD OF      )         ORDER
AGRICULTURE, COLORADO STATE  )
UNIVERSITY and KATHERINE ROSE )
KERR,                        )
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendants' motion to file restricted documents (Filing No. 75).  The Court having been advised plaintiffs have no objections,

IT IS ORDERED that said motion is granted; defendants may file the documents listed in the motion as restricted.

DATED this 23rd day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court