IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANDREW LABEAU and MARY LABEAU,)
husband and wife,             )
                              )
          Plaintiffs,         )        8:07CV142
                              )
     v.                       )
                              )
COLORADO STATE BOARD OF       )        ORDER
AGRICULTURE, COLORADO STATE   )
UNIVERSITY and KATHERINE ROSE )
KERR,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the stipulation of dismissal with prejudice (Filing No. 100). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 27th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court